

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2015

No. 04-15-00179-CV

**IN THE INTEREST OF S.R.,** et al, children,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02399
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

 This is an appeal from an order terminating appellant's parental rights to her children. Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. In *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, no pet.), we held that in parental-termination appeals, a procedure akin to *Anders* is necessary to best protect the statutory right to counsel on appeal, to provide a procedural mechanism for counsel to fulfill his ethical obligations, to assist the court in deciding appeals, and to provide consistent procedures for all indigent litigants. In compliance with the procedure set out in *Anders*, appellant's attorney has shown that he sent a letter to appellant, which explained her right to review the record and file a pro se brief. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *R.R.*, 2003 WL 21157944, at *4. In the letter to appellant, counsel stated that he had enclosed copies of the brief and motion to withdraw. *See Kelly*, 436 S.W.3d at 313; *R.R.*, 2003 WL 21157944, at *4. Counsel's letter also advised appellant that if she wished to review the appellate record, she must file a motion in this court. Counsel also enclosed a form motion for this purpose. *See Kelly*, 436 S.W.3d at 313; *R.R.*, 2003 WL 21157944, at *4.

 If appellant wishes to have access to the appellate record, she must file a written request with this court **within ten (10) days** from the date of this order. If appellant desires to file a *pro se* brief, she must do so **within twenty (20) days** from the date of this order. If appellant files a *pro se* brief, appellee may file a responsive brief no later than twenty days after the date appellant's *pro se* brief is filed in this court. We ORDER the motion to withdraw, filed by appellant's counsel, to be HELD IN ABEYANCE pending further order of the court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2015.

Keith E. Hottle
Clerk of Court